1  WILLIAM G. COLVIN PLLC
   801 Broad Street, Ste. 428
2  Chattanooga, TN 37402
   Telephone: (423) 265-8804
3  Facsimile: (423) 267-5915

4  Attorneys for Plaintiff

FILED

JUL 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Nancy L. Williams, Individually and as Surviving Spouse of Joe L. Williams, Deceased,<br>Plaintiff,<br>v.<br>Pfizer Inc, et al.,<br>Defendants. | Case No.: 07-0467 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: June 8, 2010        By: /s/ William G. Colvin
                               William G. Colvin
                               WILLIAM G. COLVIN PLLC
                               801 Broad Street, Ste. 428
                               Chattanooga, TN 37402
                               Telephone: (423) 265-8804
                               Facsimile: (423) 267-5915

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2
3   DATED: June 21, 2010        By: /s/ [signature]
4                                   Michelle W. Sadowsky
                                    **DLA PIPER LLP (US)**
5                                   1251 Avenue of the Americas
                                    New York, NY 10020
6                                   Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
7
8                                   *Defendants' Liaison Counsel*
9
10
11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
12
13  Dated: July 26, 2010
                                    _____
14                                  Hon. Charles R. Breyer
                                    United States District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**